**Entered on Docket
April 14, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP
10-70720

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 09-27904-bam |
| Frank J. Luo and Xue Ying Wu | Date: 3/30/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, its assignees and/or successors in interest, of the subject property, generally described as 5221 Lindell Road # 206, Las Vegas, NV 89118.

Submitted by:

**WILDE & ASSOCIATES**
By: _/s/ K. Andrews #10235_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Kenneth K. Liu
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Lenard E Schwartzer
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
   ____ The court waived the requirements of LR 9021.
2  ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  ____ No parties appeared or filed written objections, and the trustee is the movant.
   _x_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4       copy of this proposed order to all counsel who appeared at the hearing, and any trustee
        appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5       approved or disapproved the order, or failed to respond, as indicated below:

6  Debtor's counsel:
7     ____ approved the form of this order          ____ disapproved the form of this order
      ____ waived the right to review the order and/or  _x_ failed to respond to the document
8     ____ appeared at the hearing, waived the right to review the order
9     ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10    ____ approved the form of this order          ____ disapproved the form of this order
      ____ waived the right to review the order and/or  _x_ failed to respond to the document
11

12    ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13         counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
           parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14         respond, as indicated below.

15 Debtor's counsel:
16    ____ approved the form of this order          ____ disapproved the form of this order
      ____ waived the right to review the order and/or  ____ failed to respond to the document
17    ____ appeared at the hearing, waived the right to review the order
18    ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
19
20    ____ approved the form of this order          ____ disapproved the form of this order
      ____ waived the right to review the order and/or  ____ failed to respond to the document
21
      ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
22         written objection.
23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26